KSC:USAO# 2012R00110

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| **UNITED STATES OF AMERICA** | | |
| **v.** | : | **CRIMINAL NO. WDQ-12-0417** |
| | : | |
| **KEITH JAMES,** | : | |
| | : | **(Conspiracy to Distribute and Possess** |
| **Defendant.** | : | **with Intent to Distribute Heroin, 21** |
| | : | **U.S.C. § 846; Possession of Firearms by a** |
| | : | **Prohibited Person, 18 U.S.C. § 922(g)** |
| | : | **(two counts))** |
| | : | |
| | : | |

.oOo.

## SUPERSEDING INFORMATION

### COUNT ONE

From at least January 2011, up to and including the date of this Superseding Information,

in the District of Maryland and elsewhere, the defendant,

### KEITH JAMES

did knowingly and unlawfully combine, conspire, confederate, and agree with others known and

unknown to the Grand Jury, to knowingly, intentionally, and unlawfully distribute and possess

with intent to distribute a mixture or substance containing heroin, a Schedule I controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

**COUNT TWO**

On or about January 28, 2012, in the District of Maryland, the defendant,

**KEITH JAMES,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess a firearm and ammunition, to wit, one Taurus Model PT 140, .40 caliber

handgun bearing serial number SVC59185, with one round of ammunition in the chamber, in and

affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT THREE

On or about March 8, 2012, in the District of Maryland, the defendant,

### KEITH JAMES,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, one Norinco SKS 7.62x39 caliber rifle with wooden stock, bearing serial number 24087577P and containing one magazine; one Double Star Corporation model Star 15 AR-15-style 5.56mm rifle, bearing serial number DS11642 and containing one magazine with fourteen (14) rounds of .223 ammunition; one Taurus model PT101 AFS .40 caliber handgun bearing serial number SUD45236 and containing one magazine with nine (9) .40 caliber rounds of ammunition; one Taurus .45 caliber PT/145 handgun bearing serial number NUJ00717, and containing one magazine with ten (10) .45 caliber rounds of ammunition; one Smith and Wesson model 659 9mm handgun bearing serial number TBF2396, and containing one magazine with fourteen (14) 9mm rounds of ammunition; one Smith and Wesson model 4506 .45 caliber handgun bearing serial number TDA8414, and containing one magazine with eight (8) .45 caliber rounds of ammunition; one Glock-17 9mm handgun bearing serial number ERA399, and containing one high-capacity magazine with thirty-one (31) 9mm rounds of ammunition; one Magnum Research Desert Eagle .45 caliber handgun bearing serial number 34315952, and containing one magazine with ten (10) .45 caliber rounds of ammunition; one Rossi .357 Magnum revolver model M971 bearing serial number F131855, and containing six (6) .357 Magnum caliber rounds of ammunition; one F.I.E. model T18, .22 caliber revolver bearing serial number 00836; one Dan Wesson Arms .357 Magnum revolver bearing serial

number 197811; and one Mossburg model Maverick 12-gauge black pistol grip shotgun, bearing

serial number MV98617L, all in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

1.      The allegations contained in Count 1-3 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924 and Title 21, United States Code, Section 853.

2.      As a result of the offenses set forth in this indictment, the defendant,

### KEITH JAMES,

shall forfeit to the United States the firearms and ammunition identified in the Superseding Information and involved in those offenses.  18 U.S.C. § 924(d)

3.      Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841 or 846, the defendant, Keith James, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

## SUBSTITUTE ASSETS

4.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section

853(p) to seek forfeiture of any other property of the defendants up to the value of the property

charged with forfeiture.

ROD J. ROSENSTEIN
United States Attorney